FILED

08/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0563

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0563

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

KASEY NICHOL HUGS,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 28, 2023, within which to prepare, file, and serve the State's response brief.

BB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 22 2023